*In re* ENMIENDA A LAS REGLAS PARA LA ADMINISTRACIÓN DEL TRIBUNAL DE PRIMERA INSTANCIA DE PUERTO RICO DE 30 DE JUNIO DE 1999.

*Número:* ER-2001-01          *Resuelto:* 16 de febrero de 2001

## RESOLUCIÓN

Con el propósito de aclarar el procedimiento para atender las solicitudes de órdenes de protección, así como el de uniformar las normas aplicables a las intercesoras e intercesores en los casos de violencia doméstica, se añade una nueva Regla 42 y se renumeran las reglas vigentes desde la Regla 42 hasta la Regla 45 para la Administración del Tribunal de Primera Instancia del Estado Libre Asociado de Puerto Rico, 4 L.P.R.A. Ap. II-B, de manera que lean como sigue:

*Regla 42. Solicitudes de órdenes de protección y participación de intercesoras o intercesores en asuntos bajo la Ley para la Prevención e Intervención con la Violencia Doméstica.*

(a) Las órdenes de protección solicitadas bajo la Ley Núm. 54 de 15 de agosto de 1989, Ley para la Prevención de Intervención con la Violencia Doméstica, 8 L.P.R.A. sec. 601 *et seq.*, serán atendidas por el Juez o la Jueza Municipal ante quien se presente la solicitud. Las solicitudes de órdenes de protección no estarán sujetas a las Reglas 3.1 y 3.5 de las Reglas de Procedimiento Civil, 32 L.P.R.A. Ap. III, sobre competencia y traslado.

(b) Las normas aplicables a las intercesoras o a los intercesores en casos bajo la Ley Núm. 54, *supra*, serán las siguientes:

(1) Se autoriza a las intercesoras o a los intercesores debidamente cualificados a acompañar durante el proceso judicial a

aquellas personas que aleguen ser víctimas bajo la Ley Núm. 54, *supra.*

(2) Una intercesora o un intercesor debidamente cualificado es toda persona que tenga adiestramiento o estudios acreditados en el área de consejería, orientación, psicología, trabajo social o intercesoría legal y sea autorizado por escrito para desempeñarse como tal, a través del Director o de la Directora Administrativa de los Tribunales.

(3) Las intercesoras o los intercesores que actualmente acompañan a las víctimas de violencia doméstica durante los procesos judiciales, podrán continuar ejerciendo su función mientras se le extiende la autorización escrita aquí dispuesta. La Oficina de Administración de los Tribunales proveerá el formulario para solicitar esta autorización.

(4) La participación de las intercesoras o de los intercesores en los procedimientos bajo la Ley Núm. 54, *supra,* consiste en acompañar a la víctima a las visitas y proveerle el apoyo emocional, la orientación y la asistencia que sean necesarios durante el proceso judicial, sin incluir asesoramiento ni representación legal.

*Regla 43. Otros asuntos*

.    .    .    .    .    .    .    .

*Regla 44. Disposiciones supletorias*

.    .    .    .    .    .    .    .

*Regla 45. Obligatoriedad de las reglas*

.    .    .    .    .    .    .    .

*Regla 45. Vigencia*

.    .    .    .    .    .    .    .

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*